UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES ERNEST GANDY, Jr., | : | |
| Petitioner, | : | Civ. No. 24-98 (RBK) |
| v. | : | |
| RACHEL THOMPSON, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner, James Ernest Gandy, Jr. ("Petitioner") or ("Gandy"), is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See* ECF 1). Petitioner has also filed a motion to excuse lack of exhaustion on his habeas claims (*see* ECF 2), as well as a motion for bail pending the outcome of his habeas petition. (*See* ECF 4).

Petitioner asserts in his habeas petition that the Federal Bureau of Prisons ("BOP") is improperly executing his sentence because it is not applying earned time credits purportedly owed to him under the First Step Act ("FSA"). According to the BOP's online inmate locator, Petitioner is currently set to be released from BOP custody on September 1, 2024. *See https://www.bop.gov/inmateloc/* (last visited on February 13, 2024). Petitioner claims he should be released immediately if the credits purportedly owed to him under the FSA are applied.

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the petition for dismissal and determined that dismissal without an answer and the record is not warranted. This Court is mindful of Petitioner's motion for bail as well as Petitioner's argument that he should be immediately released if credits purportedly owed to him

are applied. Therefore, this Court will order Respondent to respond to Petitioner's habeas petition as well as his outstanding motions on an expedited basis.

Accordingly, IT IS on this 15th day of February, 2024,

ORDERED that the Clerk shall serve a copy of the habeas petition and outstanding motion documents (ECF 1, 2 & 4) and this memorandum and order on Respondent by regular U.S. mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the petition as well as the outstanding motions (ECF 1, 2 & 4) and this memorandum and order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within twenty-one (21) days of the date of the entry of this memorandum and order, Respondent shall file and serve a response which responds to the allegations and grounds in the habeas petition and which includes all affirmative defenses Respondent seeks to invoke; Respondent's response to Petitioner's habeas petition shall also respond to Petitioner's outstanding motions regarding excusing exhaustion and for bail; and it is further

ORDERED that Respondent shall file and serve with its response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses to his habeas petition as well as his outstanding motions; and it is further

ORDERED that within fourteen (14) days of receipt of the response, Petitioner may file a reply to Respondent's response to his habeas petition and outstanding motions; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk; and it is further

ORDERED that the Clerk shall serve this order on Petitioner by regular U.S. mail.


                                                <u>s/ Robert B. Kugler</u>
                                                ROBERT B. KUGLER
                                                United States District Judge